# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>v.<br>Christian Yepiz Fonseca (1)<br>AKA: Christian Yepiz-Fonseca | **WARRANT FOR ARREST**<br>62955-298<br>Case Number: 20cr00686-WQH-1<br>~~NOT FOR PUBLIC VIEW~~ |
|---|---|

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Christian Yepiz Fonseca (1)__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense):

**FILED**
JUN 0 1 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _CVT_ DEPUTY

DATE: 5/31/22
ARRESTED BY: NTF Imperial Co
STEVEN C. STAFFORD
U.S. MARSHAL S/CA
BY:

2022 MAY 31 PM 4:00
RECEIVED
U.S. MARSHALS-S/CA

In violation of Title __See Above__   United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ G. Vocal | 05/31/2022, San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ __No Bail__   by __The Honorable William Q. Hayes__
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |